SQUIRE SANDERS (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
(212) 872-9800
Robert A. Wolf, Esq.
(robert.wolf@squiresanders.com)

*Substitute General Counsel
to the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| **In re** | : Chapter 7 |
| **KOLLEL MATEH EFRAIM, LLC a/k/a MATEH EPHRAIM, LLC, a/k/a KOLEL MATEH EFRAIM,** | : Case No. 04-16410 (SMB) |
| **Debtor.** | |

------------------------------------------------------------x

| | |
|---|---|
| **ROBERT L. GELTZER, as Chapter 7 Trustee of the Estate of Debtor KOLLEL MATEH EFRAIM, LLC, a/k/a MATEH EPHRAIM LLC, a/k/a KOLEL MATEH EFRAIM,** | : Adv. Proc. No. 07-1937 (SMB) |
| **Plaintiffs,** | |
| v. | |
| **HELEN-MAY HOLDINGS, LLC, and IRENE GRIFFIN,** | |
| **Defendants.** | |

------------------------------------------------------------x

### **STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action is

– 2 –

hereby discontinued with prejudice and without costs to any party as against any other.  This stipulation may be filed without further notice with the Clerk of the Court.  Facsimile and email copies of signatures shall be deemed originals for purposes of this Stipulation.

Dated: New York, New York
       November 14, 2013

| | |
|---|---|
| SQUIRE SANDERS (US) LLP | THE LAW OFFICES OF DAVID CARLEBACH, ESQ. |
| By: /s/ Robert A. Wolf<br>  Robert A. Wolf, Esq.<br>  30 Rockefeller Plaza, 23rd Floor<br>  New York, New York  10112<br>  212-872-9800 | By: /s/ David Carlebach<br>  David Carlebach, Esq.<br>  40 Exchange Place<br>  New York, New York  10005<br>  212-785-3041 |
| *Substitute General Counsel*<br>*to the Chapter 7 Trustee* | *Counsel for Helen-May Holdings, LLC and Irene Griffin* |